UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH NEELY, individually and on behalf of all others similarly situated, | § § § | Docket No. 4:14-cv-01534 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| HALLIBURTON COMPANY, | § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Vanessa Griffith of the law firm Vinson & Elkins L.L.P., 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201, hereby enters her appearance as counsel for Defendant Halliburton Company in the above cause.

Respectfully submitted,

/s/ Vanessa Griffith
VANESSA GRIFFITH
Texas Bar No. 00790469
Federal I.D. No. 20094
2001 Ross Ave., Suite 3700
Dallas, TX 75201-2975
Telephone: (214) 220-7713
Facsimile: (214) 999-7713
vgriffith@velaw.com

W. CARL JORDAN
Attorney-in-Charge
Texas Bar No. 11018800
Federal I.D. No. 729
CHRISTIE M. ALCALÁ
Texas Bar No. 24073831
Federal I.D. No. 1450050
VINSON & ELKINS L.L.P.
1001 Fannin, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2258
Facsimile: (713) 615-5334
cjordan@velaw.com
calcala@velaw.com

Attorneys for Defendant
HALLIBURTON COMPANY

CERTIFICATE OF SERVICE

I certify that on August 6, 2014, the foregoing document was filed electronically through the Court's CM/ECF System and was automatically copied to Plaintiff through the Court's electronic filing system.

/s/ Vanessa Griffith
Attorney for Defendant